## WILLIAMS *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 70, September Term, 1962.]

*Decided April 4, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal is hereby denied for the reasons set forth in the opinion of Judge Child in the court below.

*Application denied.*